IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE WELDON ETHERIDGE, JR,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| **NATIONAL GENERAL INSURANCE COMPANY, et al.,** | ) **CIVIL ACTION NO. 19-00422-JB-N** |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc.6) made under 28 U.S.C. § 636(b)(1)(B)-(C) and Federal Rule of Civil Procedure 72(b), and dated August 27, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Preliminary Scheduling Order (Doc. 2) is **VACATED**, and that this case is **REMANDED** *sua sponte* to the Circuit Court of Mobile County, Alabama, under 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

**DONE** and **ORDERED** this the 10th day of October 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE